

# Fourth Court of Appeals
## San Antonio, Texas

December 6, 2019

No. 04-19-00526-CR

Johnny Joe **ALDANA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR10064
Honorable Ron Rangel, Judge Presiding

## O R D E R

The appellant's brief in this appeal was originally due to be filed on October 3, 2019. The court granted extensions of time until December 2, 2019 to file the brief. On December 2, appellant filed a motion requesting an additional extension of time, for a total extension of ninety days. The motion is granted. **THIS IS THE FINAL EXTENSION OF TIME THAT APPELLANT WILL BE GRANTED.** The appellant's consolidated brief must be filed by January 2, 2020.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of December, 2019.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court